JENNIFER A. FORNETTI, ESQ.
Nevada Bar No. 7644
JAMIE L. CLARK, ESQ.
Nevada Bar No. 16687
FISHER & PHILLIPS LLP
300 S. Fourth Street, Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: jfornetti@fisherpillips.com
E-Mail Address: jlclark@fisherphillips.com
*Attorneys for Defendant 789123, Inc.,
d/b/a Estiatorio Milos*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GYLMA CURIEL-ROSAS, an individual; ) | Case No: 2:26-cv-01783-RFB-EJY |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | **TO EXTEND TIME FOR** |
| vs. ) | **DEFENDANT TO ANSWER OR** |
| ) | **RESPOND TO PLAINTIFF'S** |
| 789123, INC., d/b/a ESTIATORIO MILOS,) | **COMPLAINT** |
| a foreign corporation; ) | |
| ) | **(FIRST REQUEST)** |
| Defendant. ) | |
| ) | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' counsel of record that Defendant 789123, Inc., d/b/a Estiatorio Milos will have an extension of time up to and including **August 10, 2026**, in which to file a responsive pleading to Plaintiff's Complaint (ECF No. 1). This Stipulation is submitted and based on the following:

1.    Defendant 789123, Inc., d/b/a Estiatorio Milos was served on June 18, 2026, making responsive deadline due July 9, 2026.

2.    Defendant 789123, Inc., d/b/a Estiatorio Milos recently retained counsel, who is still in the process of investigating Plaintiff's allegations.

3.    The parties have agreed to extend the deadline for 789123, Inc., d/b/a Estiatorio Milos to file its response to Plaintiff's Complaint to **August 10, 2026**, to

- 1 -

FP 64841154.1

allow Defendant 789123, Inc., d/b/a Estiatorio Milos sufficient time to address the allegations within Plaintiff's Complaint.

4.    This is the first stipulation to extend the time for Defendant 789123, Inc., d/b/a Estiatorio Milos to respond to Plaintiff's Complaint.

5.    The parties believe these circumstances constitute good cause for granting an extension. *See* Fed. R. Civ. P. 6(b)(1).

6.    This Stipulation is made in good faith and not for the purpose of delay.

7.    Nothing in this Stipulation and Order shall operate to waive, relinquish, or impair any claim, defense, objection, or right of any party in this case. Further, nothing in this Stipulation and Order shall be construed as an admission of or consent to the merit or validity of any claim, defense, objection, or right by any party in this case.

GREENBERG GROSS, LLP

FISHER & PHILLIPS, LLP

*/s/ John M. Orr*
JEMMA E. DUNN, ESQ.
MATTHEW T. HALE, ESQ.
JOHN M. ORR, ESQ.
GREENBERG GROSS LLP
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
JDunn@GGTrialLaw.com
MHale@GGTrialLaw.com
JOrr@GGTrialLaw.com
*Attorneys for Plaintiff*
*Gylma Curiel-Rosas*

*/s/ Jennifer A. Fornetti*
JENNIER A. FORNETTI, ESQ.
JAMIE L. CLARK, ESQ.
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101
*Attorneys for Defendant. 789123,*
*Inc. d/b/a Estiatorio Milos*

**ORDER**

IT IS SO ORDERED:

U.S. MAGISTRATE JUDGE

July 10, 2026
DATED

- 2 -

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101