**SAO**
DEANNA L. FORBUSH (6646)
REX D. GARNER (9401)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, #700
Las Vegas, Nevada 89135
(702) 262-6899 tel
(702) 597-5503 fax
dforbrush@foxrothschild.com
rgarner@foxrothschild.com
kelseyhenderson@foxrothschild.com
*Attorneys for Defendant Edward Homes, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GYLMA CURIEL-ROSAS, individually and on behalf of others,<br><br>Plaintiff,<br><br>v.<br><br>789123, INC., dba ESTIATORIA MILOS, a foreign corporation,<br><br>Defendant, | Case No.: 2:26-cv-01783-RFB-EJY<br><br>**STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S MOTION FOR CERTIFICATION AND DISCOVERY REQUESTS (FIRST REQUEST)** |

**IT IS HEREBY STIPULATED** and agreed by and between Plaintiff Gylma Curiel-Rosas ("Plaintiff") and Defendant 789123, Inc., d/b/a Estiatoria Milos ("Defendant"), through their respective counsel of record, to extend the deadlines for Defendant to respond to Plaintiff's Motion for Conditional Certification [Dkt. 24] and First sets of Interrogatories and Requests for Production by 14 days, up to and including December 4, 2026 with Plaintiff's consent. This request is not intended to cause delay or prejudice to any party but rather an attempt to afford the parties time to fully evaluate and respond to the outstanding matters. It is parties' first request.

**SO STIPULATED.**

DATED this 20th day of November, 2026.

**GREENBERG GROSS LLP**

*/s/ John M. Orr*
JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
JOHN M. ORR
Nevada Bar No. 14251
*Attorneys for Plaintiff*

**FOX ROTHSCHILD LLP**

*/s/ Deanna L. Forbush*
DEANNA L. FORBUSH
Nevada Bar No. 6646
REX D. GARDNER
Nevada Bar No. 9401

*Attorneys for Defendant.*

**ORDER**

Based upon the foregoing Stipulation of the Parties, and for good cause appearing therefore, **IT IS HEREBY ORDERED** that the deadline for Defendant to respond to the Plaintiff's Motion and First Sets of Interrogatories and Request for Production shall be December 4, 2026.

**IT IS SO ORDERED.**

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Dated: November 20, 2026

Respectfully submitted by:

**FOX ROTHSCHILD LLP**

*/s/ Deanna L. Forbush*
Deanna L. Forbush (NV Bar No. 6646)
Rex D. Garner (NV Bar No. 9401)
1980 Festival Plaza Dr., Suite 700
Las Vegas, NV 89135
*Attorneys for Defendant.*